UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ELIZABETH EMBLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 1:14-CV-53 RLM |
| ) | |
| PERFORMANT RECOVERY, INC. ) | |
| and DOES 1 through 10 inclusive, ) | |
| ) | |
| Defendants ) | |

ORDER OF DISMISSAL

The court GRANTS the parties' Stipulation of Dismissal [docket # 12] and ORDERS this case DISMISSED with prejudice.

SO ORDERED.

ENTERED:   June 11, 2014

/s/ Robert L. Miller, Jr.
Judge, United States District Court